

# In the Missouri Court of Appeals
# Eastern District

JULY 14, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101771      DARIUS SUMPTER, APP V STATE OF MISSOURI, RES

2.      ED102398 DONALD ROSENFELD ET AL, APP V DEBORAH BONISKE, RES